

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. PD-0666-20 & PD-0667-20

## THOMAS ELIJAH ATKINS, Appellant

## v.

## THE STATE OF TEXAS

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE ELEVENTH COURT OF APPEALS
## EASTLAND COUNTY

**YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.**

## DISSENTING OPINION

For the reasons set out in my dissenting opinion in *Dulin v. State*, ___ S.W.3d ___,

Nos. PD-0856-19 & PD-1857-19, 2021 WL 1202400 (Tex. Crim. App. Mar. 31, 2021), I

respectfully dissent to the Court's disposition of the State's petition for discretionary

review.

FILED:          May 12, 2021
DO NOT PUBLISH